**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6555**

JABBAR J. STRAWS,

       Plaintiff - Appellant,

    v.

BRYAN P. STIRLING,

       Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Bruce H. Hendricks, District Judge.  (5:18-cv-02462-BHH)

Submitted:  January 26, 2021            Decided:  Janaury 28, 2021

Before WILKINSON and DIAZ, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jabbar Jomo Straws, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabbar Jomo Straws appeals the district court's order accepting the recommendation of the magistrate judge, granting Defendant's motion for summary judgment, denying Straws' motion for a preliminary injunction, and denying relief on Straws' 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Straws v. Stirling*, No. 5:18-cv-02462-BHH (D.S.C. filed Mar. 17, 2020 & entered Mar. 18, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*